UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 09-40016-GAO

AARON COMMEY,
Plaintiff,

v.

SHAWN CHANNELL, in his official and individual capacities, DIANA SCHOELLER, in her official and individual capacities, AMY TAYLOR, in her official and individual capacities, CHRISTINE SCRONCE, in her official and individual capacities, and CAROLYN SABOL, in her official and individual capacities,
Defendants.

ORDER
May 6, 2010

O'TOOLE, D.J.

The plaintiff, Aaron Commey, has sued current and former psychologists and psychiatrists with the Bureau of Prisons and the Warden of the Federal Medical Center-Devens, in their official and individual capacities, alleging that they violated his due process rights by preparing and certifying an inaccurate Risk Assessment Report.

The defendants have moved to dismiss the official-capacity claims under the doctrine of quasi-judicial immunity. Quasi-judicial immunity however extends only to claims against the defendants in their individual capacities; it does not bar claims against them in their official capacities. Bettencourt v. Bd. of Registration in Med., 904 F.2d 772, 780 (1st Cir. 1990). The defendants' motion (dkt. no. 21) is DENIED *without prejudice*.

The U.S. Attorney shall have sixty (60) days to obtain approval for personal capacity representation and to respond to the complaint.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge